Court of Appeals
Seventh District of Texas
Honorable
Vivian Long. Clerk,
P.O. Box 9540
Amarillo, Texas 79103-9570



FILED
APR 20 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

April 13.2015

Re: Luis S. Lagaite Jr. -V- Gregory C. Boland Et'al Case No# 07-15-00 111-CV- Trial Court No# 97061-C.

Dear Miss Long

Please find a true original copy Request Letter to Caroline Woodburn. Clerk enclosed for filing in the above entitled named and captioned number.

Please file the above letter and bring to the courts attention at your earliest convenience.

Thank you for your courtesey in this matter;

Sincerely,

Luis S. Lagaite Jr.
John Byrd Unit
21. Fm 247
Huntsville, Texas 77320
Pro-Se 762508

## Certificate of Service

I Luis S. Lagaite Jr. # 762508 Appellant hereby certify that a true original copy of Request Letter to Caroline Woodburn, Clerk and a true original copy was sent to Honorable Vivian Long Clerk to the 7th District of Appeals U.S. Mail Postage Pre-Paid on the 13th day of April 2015-as follows:,

~~Honorable Court of Appeals~~
Caroline Woodburn
P.O. Box 9570
Amarillo, Texas 79105-9570

~~Honorable~~ Court of Appeals
Seventh District of Texas
Honorable
Vivian Long Clerk,
P.O. Box 9540
Amarillo, Texas 79103-9540
Respectfully Submitted
By
Luis S. Lagaite Jr. 762508

HONORABLE
CAROLINE WOODBURN
DISTRICT CLERK.
P.O. BOX 9570
AMARILLO, TEXAS 79105-9570



APRIL 13, 2015
COPY

RE: REQUEST OF THE COURT REPORTERS RECORDED HEARING HELD 1-15-15 IN THE 108TH DISTRICT COURT BY JUDGE WOODBURN STYLED LUIS S. LAGAITE JR -V- GREGORY C. BOLAND ET-AL IN THE 251ST DISTRICT COURT CASE NO. 97061-C

DEAR MISS WOODBURN

PLEASE BE ADVISED THAT HAS OF SINCE THE 1-15-15 HEARING THAT WAS HELD IN THE ABOVE CAUSED NOH AND ENTITLED NAME. YOU NOR THE COURT REPORTER OR COURT RECORDER HAS NOT FORWARD ME A COPY OF THE HEARING HELD ON 1-15-15 PURSUANT TO RULE 13.1. AND RULE 35.3 (A)(I) 2 (B) CIVIL RULES OF APPELLATE PROCEDURES. IT IS A COMITY THAT THE DISTRICT CLERK AND THE COURT REPORTER FORWARDS A COPY OF THE HEARING TO APPELLANT, SO HE MAY PERFECT HIS APPEAL. APPELLANT CANNOT PERFECT HIS APPEAL WITH OUT A COPY OF THE HEARING.

YOUR COOPERATION IN TO THIS MATTER IS GREATELY APPRECIATED. A COPY OF THIS LETTER IS FORWARDED TO THE HONORABLE VIVIAN LONG CLERK FOR THE 7TH DISTRICT COURT OF APPEALS.

SINCERELY,

LUIS S. LAGAITE JR
JOHN BYRD UNIT
21 FM 247
HUNTSVILLE, TEXAS 77320
PRO-SE 762508

**CERTIFICATE OF SERVICE**

I LUIS S. LAGAITE JR # 762508. APPELLANT HERBY CERTIFY THAT A A TRUE COPY OF REQUEST LETTER CAROLINE WOODBURN CLERK, WAS SENT AFORESAID AND ORIGINAL WAS SENT TO VIVIAN LONG CLERK OF THE 7TH DISTRICT COURT OF APPEALS U.S. MAIL POSTAGE PRE-PAID ON THE 13TH DAY OF APRIL 2015 AS FOLLOWS:

HONORABLE
CAROLINE WOODBURN
P.O. BOX 9570
AMARILLO, TEXAS 79105-9570

COURT OF APPEALS
SEVENTH DISTRICT OF TEXAS
HONORABLE
VIVIAN LONG, CLERK
P.O. BOX 9540
AMARILLO, TEXAS 79103-9570

RESPECTFULLY SUBMITTED
BY
LUIS S. LAGAITE JR # 762508

Luis S. Lagaite Jr # 762508
John Byrd Unit
21 F.M 247
Huntsville, Texas 77320

LEGAL

NORTH HOUSTON TX 773
14 APR 2025 PM 1 L

COURT OF APPEALS
SEVENTH DISTRICT OF TEXAS
HONORABLE
VIVIAN LONG, CLERK,
P.O. BOX 9540
AMARILLO, TEXAS 79103-9540

7910594040